# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

FRIENDS OF THE EARTH,

    Plaintiff,

v.

U.S. ARMY CORPS OF ENGINEERS,

    Defendant.

C18-677 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 10, indicating that the dispute in this matter is governed by the Freedom of Information Act ("FOIA") and the Administrative Procedure Act ("APA"), the Court sets the following dates and deadlines:

| | |
|---|---|
| **BENCH TRIAL DATE (1 day)** | **July 15, 2019** |
| Deadline for filing administrative record | August 24, 2018 |
| Deadline for defendant to file any dispositive motion (such motion shall not exceed twenty-four (24) pages in length and shall be noted for October 19, 2018) | August 24, 2018 |
| Deadline for plaintiff to file any motion to supplement the administrative record (such motion shall be noted for the third Friday after filing) | September 6, 2018 |
| Deadline for plaintiff to file any response to defendant's dispositive motion, along with any cross-motion (such consolidated response and cross-motion shall not exceed thirty (30) pages in length) | September 21, 2018 |

MINUTE ORDER - 1

| | |
|---|---|
| Deadline for defendant to file any reply in support of its dispositive motion, along with any response to any cross-motion filed by plaintiff (such consolidated reply and response shall not exceed twenty-four (24) pages in length) | October 5, 2018 |
| Deadline for plaintiff to file a reply in support of any cross-motion (such reply shall not exceed eighteen (18) pages in length) | October 19, 2018 |
| Agreed pretrial order due | June 20, 2019 |
| Trial briefs and proposed findings of fact and conclusions of law due | June 20, 2019 |
| Pretrial conference scheduled for 1:30 p.m. on | June 28, 2019 |

(2) The parties' joint motion, docket no. 11, to establish a briefing schedule for dispositive motions is GRANTED as set forth in Paragraph 1, above. If plaintiff files a motion to supplement the administrative record, counsel shall meet and confer and, if possible, file a stipulated motion proposing a revised briefing schedule. If counsel cannot agree on a revised briefing schedule, either party may file a motion for extension, which shall be noted for the second Friday after filing, in accordance with Local Civil Rule 7(d).

(3) The dates and deadlines set forth herein are firm and can be changed only by order of the Court. The Court will alter this case schedule only upon good cause shown. The administrative record shall be filed under seal via the Case Management and Electronic Court Files ("CM/ECF") system. A working copy of the administrative record, tabbed and bound in a three-ring notebook, must be provided to the Court at the time any dispositive motion is filed or at the time trial briefs are submitted, whichever occurs first. If this case settles, counsel shall immediately notify Karen Dews at (206) 370-8830. *See* Local Civil Rule 11(b).

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of August, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2