UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRIENDS OF THE EARTH,

           Plaintiff,

v.

U.S. ARMY CORPS OF ENGINEERS,

           Defendant.

C18-677 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed motion to clarify the scope of review and extend certain deadlines, docket no. 16, is GRANTED in part as follows. The deadlines set forth in the Minute Order entered August 3, 2018, docket no. 12, for filing the administrative record and for filing any motion to supplement the administrative record are STRICKEN, and will be reset, if appropriate, after the Court rules on defendant's pending motion for summary judgment, docket no. 13. Plaintiff's motion is otherwise DEFERRED. The parties may file declarations and/or affidavits in support of, or in opposition to, defendant's pending motion for summary judgment, but the Court makes no ruling at this time concerning whether such materials will be considered.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of September, 2018.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1