The Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRIENDS OF THE EARTH, a District of
Columbia non-profit corporation,

        Plaintiff,

        v.

U.S. ARMY CORPS OF ENGINEERS, an
agency of the United States of America,

        Defendant.

Case No. 2:18-cv-00677-TSZ

ORDER GRANTING STIPULATED
MOTION TO EXTEND PLAINTIFF'S
DEADLINES TO SUBMIT COST BILL
AND FEE PETITION

        The Court hereby GRANTS the parties' stipulated motion, docket no. 28, for entry of an order extending the deadlines for plaintiff to file a cost bill and motion for award of attorneys' fees (Dkt. #28). Plaintiff shall file its cost bill and attorney fee motion on or before March 29, 2019. Plaintiff or the parties may seek additional time if there is good cause to do so.

        IT IS SO ORDERED.

        Dated this 19th day of February 2019.

_____
Thomas S. Zilly
United States District Judge

Kampmeier & Knutsen PLLC
615 Second Avenue, Suite 360
Seattle, Washington 98104
(206) 223-4088 x 4