IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRIENDS OF THE EARTH, a District of Columbia non-profit corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>U.S. ARMY CORPS OF ENGINEERS, an agency of the United States of America,<br><br>   Defendant. | Case No. 2:18-cv-00677-TSZ<br><br>ORDER GRANTING<br>SECOND STIPULATED MOTION TO EXTEND PLAINTIFF'S DEADLINES TO SUBMIT COST BILL AND FEE PETITION |

  The Court hereby GRANTS the parties' second stipulated motion for entry of an order extending the deadlines for plaintiff to file a cost bill and motion for award of attorneys' fees (Dkt. #31). Plaintiff shall file its cost bill and attorney fee motion on or before May 10, 2019. Plaintiff or the parties may seek additional time if there is good cause to do so.

  IT IS SO ORDERED.

  Dated this 29th day of March 2019.

          _Thomas S Zilly_

          Thomas S. Zilly
          United States District Judge

ORDER - 1
Case No. 2:18-cv-00677-TSZ

Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983