The Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRIENDS OF THE EARTH, a District of Columbia non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, an agency of the United States of America,<br><br>Defendant. | Case No. 2:18-cv-00677-TSZ<br><br>ORDER GRANTING THIRD STIPULATED MOTION TO EXTEND PLAINTIFF'S DEADLINES TO SUBMIT COST BILL AND FEE PETITION |

The Court hereby GRANTS the parties' third stipulated motion for entry of an order extending the deadlines for plaintiff to file a cost bill and motion for award of attorneys' fees (Dkt. #33). Plaintiff shall file its cost bill and attorney fee motion on or before August 8, 2019. Plaintiff or the parties may seek additional time if there is good cause to do so and the parties shall notify the court if they settle and resolve the cost and fee issue before August 8, 2019.

IT IS SO ORDERED.

Dated this 25th day of April 2019.

_____
Thomas S. Zilly
United States District Judge

ORDER - 1
Case No. 2:18-cv-00677-TSZ

Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983